# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAWRENCE ALFORD #97707** | **CIVIL ACTION** |
| versus | **NO. 05-1949** |
| **WARDEN JERRY GOODWIN,** <br> **DAVID WADE CORRECTIONAL CENTER** | **SECTION: "S" (3)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Lawrence Alford** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28 day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE